Second Department. December 5, 1913.) Action by Clara A. M. Greer and others against Samuel Smith. No opinion. Judgment and order affirmed, with costs.

GREISSMAN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Isak Greissman against the City of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

GRIFFIN, Respondent, v. CUNARD S. S. Co., Limited, Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Patrick Griffin against the Cunard Steamship Company, Limited. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 144 N. Y. Supp. 517.

GRUNBAUM, Respondent, v. BAUMANN, Appellant. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by Julius Grunbaum against Sidney J. Baumann. E. L. Prentiss, of New York City, for appellant. W. A. Shepard, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GURFEIN, Appellant, v. BREWSTER, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Fanny Gurfein, an infant, against Helen L. Brewster. O. L. Mills, of New York City, for appellant. E. J. Treacy, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HAHN, Respondent, v. CONREID METROPOLITAN OPERA CO., Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Jeanette K. Hahn against the Conreid Metropolitan Opera Company. T. H. Lord, of New York City, for appellant. S. J. Liebeskind, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 135 App. Div. 916, 119 N. Y. Supp. 1127.

In re HANCOCK. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) In the matter of the application of William Henry Hancock for admission to the bar. No opinion. Application granted, and order signed.

HANLY, Respondent, v. H. S. HORTON & CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Daniel Hanly, as receiver, etc., against H. S. Horton & Co. and others. T. G. Prioleau, of New York City, for appellants. W. L. Tierney, of New York City, for respondent. No opinion. Judgment affirmed, with

costs. Order filed. See, also, 150 App. Div. 931, 135 N. Y. Supp. 1116.

HANNAN v. FISHEL & CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Kate Hannan against Fishel & Co. INGRAHAM, P. J. On filing the stipulations mentioned in memorandum, application denied; otherwise, application granted. Settle order on notice.

HANSEN, Respondent, v. PIGUERON, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Morten B. Hansen against William G. Pigueron. No opinion. Judgment and order unanimously affirmed, with costs.

HARING, Respondent, v. BROOKLYN HEIGHTS R. Co. et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Harriet E. Haring against the Brooklyn Heights Railroad Company and another. No opinion. Judgment affirmed, with costs.

HARPER, Appellant, v. COHEN, Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Emma F. Harper against Hermann Cohen. G. E. Joseph, of New York City, for appellant. E. L. Mooney, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re HARRIS. (Supreme Court, Appellate Division, First Department. November 28, 1913.) In the matter of Michael H. Harris. No opinion. Referred to official referee. Settle order on notice.

HART, Respondent, v. PITTSBURG CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Tillie Hart against the Pittsburg Contracting Company. J. A. Goodwin, of White Plains, for appellant. H. L. Scheuerman, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 144 N. Y. Supp. 1119.

HART v. PITTSBURG CONTRACTING CO. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Tillie Hart against the Pittsburg Contracting Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1119.

In re HARTRIDGE. (Supreme Court, Appellate Division, First Department. December 31, 1913.) In the matter of Clifford W. Hart-